# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Kathy Tallent Minnick, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00166-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 26, 2021 Order.

August 26, 2021

Frank G. Johns, Clerk
United States District Court